# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

JOSHUWA R. VINYARD,

      Plaintiff,

  v.

KONRAD, *et al.*,

      Defendants.

Case No. 2:24-cv-0943-JDP (P)

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Joshuwa R. Yinyard, CDCR # T-72992, a necessary and material witness in a settlement conference in this case on May 27, 2025, is confined in California State Prison, Sacramento (SAC), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Chief Magistrate Judge Carolyn K. Delaney, by Zoom video conference from his place of confinement, on Tuesday, May 27, 2025, at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at California State Prison, Sacramento at (916) 294-3072 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Lisa Kennison, Courtroom Deputy, at lkennison@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SAC, P. O. Box 290002, Represa, California 95671:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   April 29, 2025                    _/s/ Jeremy Peterson_
                                                           JEREMY D. PETERSON
                                                           UNITED STATES MAGISTRATE JUDGE